NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DONTAY MCDAY,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CUSTOMS AND BORDER PROTECTION,**
*Respondent*

2020-2128

Petition for review of an arbitrator's decision by Sara Adler.

## JUDGMENT

ALLISON GILES, Office of General Counsel, National Treasury Employees Union, Washington, DC, argued for petitioner. Also represented by GREGORY O'DUDEN, I, JULIE M. WILSON.

LIRIDONA SINANI, Civil Division, Commercial Litigation Branch, United States Department of Jusitce, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, ROBERT EDWARD KIRSCHMAN,

JR; ELLEN ESQUIVEL, REMY KRUMPAK United States Customs and Border Protection, Long Beach, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 31, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court